Certificate Number: 05781-PAM-DE-032535144

Bankruptcy Case Number: 19-00651


05781-PAM-DE-032535144

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2019</u>, at <u>12:16</u> o'clock <u>PM PDT</u>, <u>Bridget Agostinelli</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 1, 2019</u>  By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>